IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TAOUFIK ZAKARIA,

    Petitioner,

v.                                                                                         Civil Action No. **3:21CV182**

MONTY WILKINSON, *et al.*,

    Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on April 13, 2021, the Court conditionally docketed Petitioner's action and directed him to complete and return the standardized form for filing a petition pursuant to 28 U.S.C. § 2241. On May 12, 2021, United States Postal Service returned the April 13, 2021 Memorandum Order to the Court marked, "Return to Sender" and "Detainee No Longer At This Facility." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ *k.j.*
John A. Gibney, Jr.
United States District Judge

Digitally signed by John Gibney
Date: 2021.05.17 13:32:25 -04'00'

Date: 17 May 2021
Richmond, Virginia